IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-CR-40056-SMY-1 |
| | ) |
| ANTONIO R. FERTO-CASTORENA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is the Motion to Withdraw as Attorney filed by Assistant Federal Public Defender Melissa A. Day (Doc. 25). Attorney Day asserts that there is an irreparable breakdown in the attorney-client relationship and that Defendant Antonio R. Ferto-Castorena does not want her to proceed further with his case. In light of these representations, the motion is **GRANTED**. Assistant Federal Public Defender Melissa A. Day is **TERMINATED** and CJA Panel Attorney Robert I. Elovitz is hereby **APPOINTED** to represent Defendant Ferto-Castorena. Attorney Elovitz shall enter his appearance within 7 days of the date of this Order. The Clerk of Court is **DIRECTED** to mail a copy of this Order to Defendant Ferto-Castorena and Attorney Elovitz at their addresses on record.

Defendant is encouraged to cooperate with Attorney Elovitz as it is unlikely that an additional substitute counsel will be appointed absent extraordinary circumstances.

**IT IS SO ORDERED.**

DATED: January 4, 2021

**STACI M. YANDLE**
**United States District Judge**